GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE PISKOROWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, THE BANK OF MISSOURI, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:25-cv-00122-JCM-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 19, 2025 through and including **March 21, 2025**. The request was made by Equifax so that it can have an opportunity

/ /

/ /

/ /

1  to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff
2  approves. This stipulation is filed in good faith and not intended to cause delay.
3        Respectfully submitted, this 18th day of February, 2025.

| CLARK HILL PLLC | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 S. Pavilion Center, Suite 500<br>Las Vegas, NV 89135<br>Tel: (702) 862-8300<br>Fax: (702) 778-9709<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/Kevin L. Hernandez<br>Kevin L. Hernandez<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br>(702)563-4450<br>Email: kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 2/19/2025

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 18th day of February, 2025, via CM/ECF, upon all counsel of record:

By: /s/ *Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709