1

2

3

4

Noah Kane, Esq.
**Consumer Attorneys PLLC**
68-29 Main Street
Flushing, NY 11367
518-375-3963
Fax: 718-715-1750
Email: e-service@consumerattorneys.com

5

*Attorneys for Plaintiff Valerie Piskorowski*

6

7

8

9

10

11

James J. Lee, Esq.
Nevada Bar No. 001909
**Legal Offices of James J. Lee**
2620 Regatta Dr. #102
Las Vegas, NV  89102
702-664-6545
Fax: 702-946-1115
Email: james@leelitigate.com

*Attorneys for Defendant The Bank of Missouri*

12

13

14

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

15

16

17

18

19

20

21

22

23

24

25

| VALERIE PISKOROWSKI, | Case No.: 2:25-cv-00122-JCM-DJA |
|---|---|
| Plaintiff, | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT THE BANK OF MISSOURI TO RESPOND TO COMPLAINT** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, AND THE BANK OF MISSOURI, | **FIRST REQUEST** |
| Defendants. | |

26

27

28

Defendant The Bank of Missouri has requested an extension of time to answer, move or otherwise respond to the Complaint of Plaintiff Valerie Piskorowski ("Plaintiff"

- 1 -

**JOINT MOTION**

1    and together with TBOM, the "Parties"), to which Plaintiff has no opposition.

2    Accordingly, by this joint motion, IT IS HEREBY STIPULATED AND AGREED to by

3    and among counsel, that Defendant The Bank of Missouri's time to answer, move or

4    otherwise respond to the Complaint in this action is extended from February 19, 2025

5    through and including **March 5, 2025**.

6    TBOM has requested the extension so that it has a sufficient opportunity to

7    compile, review, and evaluate its business records and other files related to the

8    allegations and claims in the Complaint, and Plaintiff approves. The extension will also

9    provide the Parties with additional time to continue their discussions regarding the matter

10   and the potential for a resolution of the claims at an early stage of the case.

11   As the Court is aware, this request to extend TBOM's deadline to answer, move or

12   otherwise respond to the Complaint was initially made on February 19, 2025, prior to

13   expiration of any applicable deadlines, but was inadvertently filed as a stipulation as

14   opposed to a joint motion. By Minute Order dated February 20, 2025, the Court denied

15   the previously filed request without prejudice. The Court advised that any future motion

16   be filed in compliance with the applicable Federal and Local Rules. Accordingly, by this

17   joint motion, the Parties are simply refiling their prior request made on February 19,

18   2025, this time in the proper form as a joint motion, as directed by the Court's Minute

19   Order and in compliance with the applicable rules.

20   This joint motion is filed in good faith and not for the purposes of delay. This is

21   the first request for an extension of this deadline.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

**JOINT MOTION**

1    TBOM has not waived any objection to the venue or jurisdiction of the Court over

2  the person of TBOM, or any other challenge to Plaintiff's complaint or other pleadings

3  filed in this case.

4    Respectfully submitted, this 21st day of February, 2025.

6  **Consumer Attorneys PLLC**

8  /s/ Noah Kane
9  Noah Kane, Esq.
   68-29 Main Street
10  Flushing, NY 11367
   *Attorneys for Plaintiff Valerie Piskorowski*

11

12  **Legal Offices of James J. Lee**

14  /s/ James J. Lee
   James J. Lee, Esq.
15  2620 Regatta Dr. #102
   Las Vegas, NV  89102
16  *Attorneys for Defendant The Bank of Missouri*

18  **<u>ORDER</u>**

20  IT IS SO ORDERED:

23  _____
   DANIEL J. ALBREGTS
   UNITED STATES MAGISTRATE JUDGE

24  DATED: 2/25/2025

- 3 -

**JOINT MOTION**