Noah Kane, Esq.
**Consumer Attorneys PLLC**
68-29 Main Street
Flushing, NY 11367
518-375-3963
Fax: 718-715-1750
Email: e-service@consumerattorneys.com

*Attorneys for Plaintiff Valerie Piskorowski*

James J. Lee, Esq.
Nevada Bar No. 001909
**Legal Offices of James J. Lee**
2620 Regatta Dr. #102
Las Vegas, NV 89102
702-664-6545
Fax: 702-946-1115
Email: james@leelitigate.com

*Attorneys for Defendant The Bank of Missouri*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE PISKOROWSKI, | Case No.: 2:25-cv-00122-JCM-DJA |
| Plaintiff, | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT THE BANK OF MISSOURI TO RESPOND TO COMPLAINT** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, AND THE BANK OF MISSOURI, | **SECOND REQUEST** |
| Defendants. | |

Defendant The Bank of Missouri ("TBOM") has requested a second extension of time to answer, move or otherwise respond to the Complaint of Plaintiff Valerie Piskorowski ("Plaintiff" and together with TBOM, the "Parties"), to which Plaintiff has no opposition. Accordingly, by this joint motion, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant The Bank of Missouri's time to

answer, move or otherwise respond to the Complaint in this action is extended from March 5, 2025 through and including **March 19, 2025**.

Good cause exists for the request. TBOM is still in the process of compiling, reviewing, and evaluating its business records and other files related to the allegations and claims in the Complaint. TBOM has requested this second extension so it has sufficient time to complete those tasks before responding to the Complaint, and Plaintiff approves. The Parties are also engaged in discussions regarding the action, including issues related to the arbitrability of certain claims. This second extension will provide the Parties with additional time to continue their discussions regarding the matter and the potential for a resolution of the claims early in the case.

This joint motion is filed in good faith and not for the purposes of delay. This is the second request for an extension of this deadline.

TBOM has not waived any objection to the venue or jurisdiction of the Court over the person of TBOM, or any other challenge to Plaintiff's complaint or other pleadings filed in this case.

Respectfully submitted, this 5th day of March, 2025.

**Consumer Attorneys PLLC**

/s/ Noah Kane
Noah Kane, Esq.
68-29 Main Street
Flushing, NY 11367
*Attorneys for Plaintiff Valerie Piskorowski*

**Legal Offices of James J. Lee**

/s/ James J. Lee
James J. Lee, Esq.
2620 Regatta Dr. #102
Las Vegas, NV 89102
*Attorneys for Defendant The Bank of Missouri*

**JOINT MOTION**

# ORDER

IT IS SO ORDERED that the parties' joint motion (ECF No. 26) is GRANTED.  The Bank of Missouri shall have until **March 19, 2025** to respond to the complaint.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 3/6/2025

- 3 -

**JOINT MOTION**