Noah Kane, Bar No. 6009682NY
*Admitted Pro Hac Vice*
**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing, NY 11367
T: (518) 375-3963
F: (718) 715-1750
E: nkane@consumerattorneys.com

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff*
*Valerie Piskorowski*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE PISKOROWSKI,<br><br>   Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, THE BANK OF MISSOURI;<br><br>   Defendants. | Case No.: 2:25-cv-00122-JCM-DJA<br><br>**STIPULATION OF REFERRAL OF CLAIMS AGAINST THE BANK OF MISSOURI TO ARBITRATION** |

Plaintiff Valerie Piskorowski ("Plaintiff") and defendant The Bank of Missouri ("TBOM"), by and through their undersigned counsel, hereby submit this Joint Stipulation to Arbitrate, stating as follows:

1. Plaintiff commenced this action by filing a complaint against TBOM, among others, on or about January 21, 2025. [See Dkt. No. 1 - Complaint]

2. The Parties have since agreed to arbitrate all of the claims against TBOM in this case before JAMS pursuant to a written arbitration agreement.

3. The Parties therefore respectfully request that this Court enter an order which orders that all of the claims against TBOM in this lawsuit be submitted to final and binding arbitration administered by JAMS, and that Plaintiff's claim against TBOM be stayed pending the resolution of arbitration.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Court enter an Order for all claims against TBOM in this lawsuit to be submitted to final, binding arbitration and stay all claims against TBOM pending the resolution of arbitration.

Dated: April 11, 2025

/s/ Noah Kane
Noah Kane, Bar No. 6009682NY
*Admitted Pro Hac Vice*
**CONSUMER ATTORNEYS**
68-29 Main Street, Flushing, NY 11367
T: (518) 375-3963
F: (718) 715-1750
E: nkane@consumerattorneys.com

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
E: kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff*
*Valerie Piskorowski*

/s/ James J. Lee
James J. Lee, Esq.
2620 Regatta Dr. #102
Las Vegas, NV 89102

*Attorneys for Defendant*
*The Bank of Missouri*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 15, 2025

2