David Pinkhasov, Bar No. 5925904
*Admitted Pro Hac Vice*
**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing, NY 11367
T: (518) 375-3963
F: (718) 715-1750
E: dpinkasov@consumerattorneys.com

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff*
*Valerie Piskorowski*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE PISKOROWSKI,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, THE BANK OF MISSOURI;<br><br>Defendants. | Case No.: 2:25-cv-00122-JCM-DJA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE BANK OF MISSOURI ONLY** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Valerie Piskorowski and Defendant The Bank of Missouri; ("TBOM"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant TBOM only.

1

Respectfully submitted this 4th day of August 2025.

| | |
|---|---|
| */s/ David Pinkhasov* | */s/ Bradley Armstrong* |
| David Pinkhasov, Bar No. 5925904 | Bradley Armstrong |
| *Admitted Pro Hac Vice* | Moss & Barnett |
| **CONSUMER ATTORNEYS** | 150 South Fifth Street, Suite 1200 |
| 68-29 Main Street | Minneapolis, MN 55402 |
| Flushing, NY 11367 | (612) 877-5359 |
| T: (518) 375-3963 | And |
| F: (718) 715-1750 | James J. Lee |
| E: dpinkasov@consumerattorneys.com | arbitration@leelitigate.com |
| | 2620 Regatta Dr. Suite 102 |
| Kevin L. Hernandez, Esq. | Las Vegas, NV 89128 |
| Nevada Bar No. 12594 | (702) 664-6545 |
| **LAW OFFICE OF KEVIN L. HERNANDEZ** | (702) 946-1115 Fax |
| 8920 W. Tropicana Avenue, Suite 101 | *Counsel for The Bank of Missouri* |
| Las Vegas, Nevada 89147 | |
| T: (702) 563-4450 | |
| F: (702) 552-0408 | |
| E: kevin@kevinhernandezlaw.com | |

*Attorneys for Plaintiff*
*Valerie Piskorowski*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Ann Stevenson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE PISKOROWSKI,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, THE BANK OF MISSOURI;<br><br>Defendants. | Case No.: 2:25-cv-00122-JCM-DJA<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT THE BANK OF MISSOURI ONLY** |

Upon review of the Parties Stipulation of Dismissal with Prejudice as to Defendant The Bank of Missouri Only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant The Bank of Missouri only.

**IT IS SO ORDERED.**

Dated: August 6, 2025.

_____
HONORABLE JAMES C MAHAN
UNITED STATES DISTRICT JUDGE

1