Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendants*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE PISKOROWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, THE BANK OF MISSOURI,<br><br>    Defendants. | Case No. 2:25-cv-00122-JCM-DJA<br><br>**AMENDED STIPULATION [AND ~~PROPOSED~~ ORDER] TO SET SETTLEMENT CONFERENCE PURSUANT TO LR 16-5** |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Valerie Piskorowski ("Plaintiff) (collectively the "Parties") by and through their respective counsel of record, hereby submit this amended stipulation to set a settlement conference pursuant to NR 16-5.

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

On August 2, 2025, the Parties submitted a stipulation to set a settlement conference. (ECF No. 66). Since that time, Plaintiff has settled with Equifax Information Services, LLC. Thus, at this time, the only remaining parties are Plaintiff and Experian. Plaintiff and Experian stipulate and agree to the scheduling of a settlement conference in this matter and propose dates of September 8, 11, and 17, 2025.

**IT IS SO STIPULATED.**

DATED this 25th day of August 2025.

| NAYLOR & BRASTER | CONSUMER ATTORNEYS |
|---|---|
| By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> 10100 W. Charleston Blvd., Suite 120 <br> Las Vegas, NV 89135 <br><br> *Attorneys for Defendant* <br> *Experian Information Solutions, Inc.* | By: */s/ David Pinkhasov* <br> David Pinkhasov, admitted pro hac vice <br> 68-29 Main Street <br> Flushing, NY 11367 <br><br> Kevin L. Hernandez, NBN 12594 <br> 8920 W. Tropicana Avenue, Suite 101 <br> Las Vegas, NV 89147 <br><br> *Attorneys for Plaintiff Valerie Piskorowski* |

**IT IS SO ORDERED** that the parties' Amended stipulation to set settlement conference (ECF No. 69) is **GRANTED**. A settlement conference is set for September 11, 2025 at 10:00 a.m. in Courtroom 3A. The Court will enter a separate order setting forth further details of the conference.

**IT IS FURTHER ORDERED** that the parties' stipulation to set settlement conference (ECF No. 66) is DENIED as moot.

DATED: 8/26/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2