David Pinkhasov, Bar No. 5925904
*Admitted Pro Hac Vice*
**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing, NY 11367
T: (518) 375-3963
F: (718) 715-1750
E: dpinkasov@consumerattorneys.com

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff*
*Valerie Piskorowski*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE PISKOROWSKI, | Case No.: 2:25-cv-00122-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, THE BANK OF MISSOURI; | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Valerie Piskorowski and

Defendant Trans Union LLC ("Trans Union"), by and through undersigned counsel, hereby

stipulate that this action and all claims and defenses asserted therein be dismissed with

prejudice as to Defendant Trans Union only.

1

Plaintiff and Defendant Trans Union have agreed that each party will bear its own attorneys' fees and costs.

Respectfully submitted this 27th day of August 2025.

/s/ *David Pinkhasov*
David Pinkhasov, Bar No. 5925904
*Admitted Pro Hac Vice*
**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing, NY 11367
T: (518) 375-3963
F: (718) 715-1750
E: dpinkasov@consumerattorneys.com

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
E: kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff*
*Valerie Piskorowski*

/s/ *Kurt R. Bonds*
Kurt R. Bonds, Esq
**HALL & EVANS, LLC**
**KURT R. BONDS, ESQ**.
Nevada Bar #6228
1160 North Town Center Drive,
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
bondsk@hallevans.com

*Counsel for TransUnion LLC*

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Trans Union LLC only.

**IT IS SO ORDERED.**

Dated: September 5, 2025    _____
                           HONORABLE JAMES C MAHAN
                           UNITED STATES DISTRICT JUDGE

2