David Pinkhasov, Bar No. 5925904
*Admitted Pro Hac Vice*
**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing, NY 11367
T: (518) 375-3963
F: (718) 715-1750
E: dpinkasov@consumerattorneys.com

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff*
*Valerie Piskorowski*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE PISKOROWSKI, | Case No.: 2:25-cv-00122-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, THE BANK OF MISSOURI; | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Valerie Piskorowski and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax only.

1

Plaintiff and Defendant Equifax have agreed that each party will bear its own attorneys' fees and costs.

Respectfully submitted this 9th day of September 2025.

*/s/ David Pinkhasov*
David Pinkhasov, Bar No. 5925904
*Admitted Pro Hac Vice*
**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing, NY 11367
T: (518) 375-3963
F: (718) 715-1750
E: dpinkasov@consumerattorneys.com

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
E: kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff*
*Valerie Piskorowski*

*/s/ Gia N. Marina*
Gia N. Marina
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant*
*Equifax Information Services LLC*

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax only.

**IT IS SO ORDERED.**

Dated: September 11, 2025.

_____
HONORABLE JAMES C MAHAN
UNITED STATES DISTRICT JUDGE

2