David Pinkhasov, NY Bar No. 5925904
*Admitted Pro Hac Vice*
**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing, NY 11367
T: (518) 375-3963
F: (718) 715-1750
E: dpinkasov@consumerattorneys.com

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff*
*Valerie Piskorowski*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE PISKOROWSKI,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, THE BANK OF MISSOURI;<br><br>Defendants. | Case No.: 2:25-cv-00122-JCM-BNW<br><br>**STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES**<br><br>This is the first stipulation for extension of discovery deadlines |

Plaintiff Valerie Piskorowski ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), (collectively the "Parties") respectfully file this Stipulation for Extension of Discovery Deadlines [First Request]. In support of this Stipulation, the Parties state as follows:[1]

---
[1] Plaintiff has resolved her claims with all other defendants.

1

1.      Plaintiff filed this Complaint on January 21, 2025 [Dkt. No. 1]. Defendant Experian answered Plaintiff's Complaint on March 18, 2025 [Dkt. No. 31].

2.      On April 8, 2025, the Court entered the Amended Scheduling Order [Dkt. No. 44] setting the following deadlines:

    a.   Discovery Cut-Off Date by November 14, 2025.

    b.   Amending the Pleadings and Adding Parties by August 15, 2025.

    c.   Expert disclosures by September 15, 2025.

    d.   Rebuttal expert disclosures by October 15, 2025.

    e.   Dispositive motions to be filed by December 15, 2025.

    f.   If no dispositive motions are filed, the deadline for the joint pretrial order, Fed. R. Civ. P. 26(a)(3) disclosures, and any objections to them is January 14, 2026.

3.      <u>Discovery Completed and Discovery Remaining to be Completed:</u>  The Parties have diligently pursued discovery. Both sides have exchanged their Rule 26(a)(1) Initial Disclosures, served and responded to written discovery requests, and produced responsive documents. The remaining discovery primarily concerns depositions, expert disclosures, and third-party subpoena practice.

4.      <u>Reasons Why Discovery Has Not Been Completed:</u>  Good cause exists for a modest extension of the current deadlines. The Parties devoted substantial effort to resolving this matter without further litigation. On September 11, 2025, the Parties participated in a settlement conference with Magistrate Judge Daniel J. Albregts. Although conducted in good faith, the conference was unsuccessful. Based on the strong focus on settlement, the Parties reasonably deferred incurring the expense of retaining experts. This was not a product of neglect but of prudent case management, focused on cost-efficiency and judicial economy.

5. Further, Plaintiff's counsel, David Pinkhasov, is scheduled to take paternity leave in early October 2025. A short extension will ensure continuity of representation and allow counsel to litigate the matter effectively upon return.

6. This request is made in good faith, not for delay. The Parties have acted diligently, and this is their first request for an extension. No party will be prejudiced, and the Parties do not anticipate any additional extensions will be necessary from the Court.

7. <u>Proposed Schedule:</u> the Parties respectfully request the Court issue an Order extending the discovery deadlines in this case as follows:

| Event | Original Deadline | Requested Extended Deadline |
|---|---|---|
| Expert Disclosures | September 15, 2025 | November 14, 2025 |
| Rebuttal expert disclosures | October 15, 2025 | December 15, 2025 |
| Discovery Cut-Off Date | November 14, 2025 | January 13, 2026 |
| Dispositive motions to be filed by | December 15, 2025 | February 13, 2026 |
| If no dispositive motions are filed, the deadline for the joint pretrial order, Fed. R. Civ. P. 26(a)(3) disclosures, and any objections to them | January 14, 2026 | March 16, 2026 |

Dated: September 12, 2025

/s/ *David Pinkhasov*  
David Pinkhasov, Bar No. 5925904  
*Admitted Pro Hac Vice*  
**CONSUMER ATTORNEYS**  
68-29 Main Street  
Flushing, NY 11367  
T: (518) 375-3963  
F: (718) 715-1750  
E: dpinkasov@consumerattorneys.com

Kevin L. Hernandez, Esq.

/s/ *Jennifer L. Braster*  
Jennifer L. Braster  
Nevada Bar No. 9982  
**NAYLOR & BRASTER**  
10100 W. Charleston Blvd., Suite 120  
Las Vegas, NV 89135 Telephone: (702) 420-7000 jbraster@nblawnv.com

Bonny J. Birkeland  
Minnesota Bar No. 0402014  
(Pro hac vice forthcoming)

| | |
|---|---|
| Nevada Bar No. 12594<br>**LAW OFFICE OF KEVIN L. HERNANDEZ**<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br>T: (702) 563-4450<br>F: (702) 552-0408<br>E: kevin@kevinhernandezlaw.com<br><br>*Attorneys for Plaintiff*<br>*Valerie Piskorowski* | **JONES DAY**<br>90 South Seventh Street, Suite 4950<br>Minneapolis, MN 55402<br>Telephone: (612) 217-8935<br>Facsimile: (844) 345-3178<br>bbirkeland@jonesday.com<br><br>*Attorneys for Defendants Experian Information Solutions, Inc.* |

## ORDER

**IT IS SO ORDERED** that the Stipulation for Extension of Discovery Deadlines [First Request] is **GRANTED**.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED:  September 15, 2025