David Pinkhasov, Bar No. 5925904
*Admitted Pro Hac Vice*
**CONSUMER ATTORNEYS**
68-29 Main Street
Flushing, NY 11367
T: (518) 375-3963
F: (718) 715-1750
E: dpinkasov@consumerattorneys.com

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com

*Attorneys for Plaintiff*
*Valerie Piskorowski*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VALERIE PISKOROWSKI,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, THE BANK OF MISSOURI;<br><br>Defendants. | Case No.: 2:25-cv-00122-JCM-DJA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Valerie Piskorowski and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be

1

dismissed with prejudice as to Defendant Experian. There are no remaining defendants in this matter.

Plaintiff and Defendant Experian have agreed that each party will bear its own attorneys' fees and costs.

Respectfully submitted this 7th day of November 2025.

| | |
|---|---|
| /s/ David Pinkhasov<br>David Pinkhasov, Bar No. 5925904<br>*Admitted Pro Hac Vice*<br>**CONSUMER ATTORNEYS**<br>68-29 Main Street<br>Flushing, NY 11367<br>T: (518) 375-3963<br>F: (718) 715-1750<br>E: dpinkasov@consumerattorneys.com<br><br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>**LAW OFFICE OF KEVIN L. HERNANDEZ**<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, Nevada 89147<br>T: (702) 563-4450<br>F: (702) 552-0408<br>E: kevin@kevinhernandezlaw.com<br><br>*Attorneys for Plaintiff*<br>*Valerie Piskorowski* | /s/ Jennifer L. Braster<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>**NAYLOR & BRASTER**<br>10100 W. Charleston Blvd., Suite 120<br>Las Vegas, NV 89135<br>Telephone: (702) 420-7000<br>jbraster@nblawnv.com<br><br>Bonny J. Birkeland<br>Minnesota Bar No. 0402014<br>(Pro hac vice forthcoming)<br>**JONES DAY**<br>90 South Seventh Street, Suite 4950<br>Minneapolis, MN 55402<br>Telephone: (612) 217-8935<br>Facsimile: (844) 345-3178<br>bbirkeland@jonesday.com<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.* |

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax only.

**IT IS SO ORDERED.**

Dated: November 12, 2025

_____
HONORABLE JAMES C MAHAN
UNITED STATES DISTRICT JUDGE

2